UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 23-8456-CBM-(PVCx) | Date | June 11, 2024 |
|---|---|---|---|

| Title | *Reyna v. Federick Debt Management LLC* |
|---|---|

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

Proceedings:        **IN CHAMBERS- ORDER RE:   PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

The matter before the Court is Plaintiff's Motion for Entry of Default Judgment.   (Dkt. No. **15.**) Plaintiff failed to file and serve a notice of motion as required under Local Rule 6-1.   Accordingly, the Motion is **DENIED without prejudice** to refiling as a properly noticed motion in compliance with Local Rule 6-1.

**IT IS SO ORDERED.**