Tegan Rodkey, Esq.
E: tegan@pricelawgroup.com
PRICE LAW GROUP, APC
6345 Balboa Blvd., Ste 247
Encino, CA 91310
T: (818) 600-5526
F: (818) 600-5526

Attorneys for Plaintiff
Loretta Reyna

# UNITED STATES DISTRICT COURT
## DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORETTA REYNA**,<br><br>        Plaintiff,<br><br>   v.<br><br>**FREDERICK DEBT MANAGEMENT LLC**,<br><br>        Defendant. | No.  2:23-cv-08456-CBM-PVC<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Date:     August 6, 2024<br>Time:    10:00 AM (PST)<br>Place:    Courtroom 8D<br>(Hon. Consuelo B. Marshall) |

[*Remainder of Page Intentionally Blank*]

**TO THE CLERK OF THE COURT AND TO ALL PARTIES**

PLEASE TAKE NOTICE that on August 6, 2024, at 10:00 AM (PST), or as soon thereafter as Plaintiff Loretta Reyna ("Plaintiff") may be heard, Plaintiff will, and hereby does, apply for entry of Default Judgment against Defendant Frederick Debt Management LLC ("Defendant"), pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. The hearing will take place in the Courtroom of the Honorable Consuelo B. Marshall, Courtroom 8D (8th Floor), at the First Street Courthouse at 350 West 1st Street, Los Angeles, California 90012.

This Notice of Motion and Motion of Plaintiff for Default Judgment is made on the grounds that Defendant failed to answer, plead or otherwise respond to Plaintiff's Complaint, Doc. 1 (the "Complaint"), for violation(s) of the Fair Debt Collection Practices Act, 15 U.S.C. §§1692, *et seq*. ("FDCPA") within the time prescribed by the Federal Rules of Civil Procedure. A default was entered against Defendant by the Clerk of Court on March 01, 2024 [Doc. 13].

The Motion for Default Judgment is based on the accompanying Memorandum of Law, of which, and all associated papers field herewith, are being served by mail on Defendant.

DATED: June 27, 2024

Respectfully Submitted,

By: *Tegan Rodkey*
Tegan Rodkey, Esq.
E: tegan@pricelawgroup.com
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Ste. 247
Encino, CA 91310
T: (818) 600-5526
F: (818) 600-5526

*COUNSEL FOR PLAINTIFF*
*Loretta Reyna*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 27, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record and, further, a copy of the forgoing was mailed *via* certified mail to Defendant FREDERICK DEBT MANAGEMENT LLC at One Commerce Plaza, 99 Washington Avenue, Albany, New York 12231.

                                                 /s/ Tegan Rodkey

                                                 **Tegan Rodkey, Esq.**