UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 23-8456-CBM(PVCx)** | Date | AUGUST 6, 2024 |
|---|---|---|---|
| Title | Loretta Reyna v. Frederick Debt Management LLC | | |

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| Yolanda Skipper | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Sal Perez | No appearance made |

**Proceedings:**   **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT [17]**

The case is called and counsel state their appearances.  The Court and plaintiff's counsel confer.

Following discussions with counsel, the Court will grant the motion for entry of default judgment [17]. A written order will issue.


IT IS SO ORDERED.


cc: all parties

__ : 01