**UNITED STATES DISTRICT COURT**

**DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LORETTA REYNA,** | No. 2:23-cv-08456-CBM-PVCx |
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT** |
| **FREDERICK DEBT MANAGEMENT LLC,** | [20] [JS-6] |
| Defendant. | |

Consistent with the Order re: Plaintiff's Motion for Entry of Default Judgment (Dkt. No. 20), judgment is entered in favor of Plaintiff Loretta Reyna and against Frederick Debt Management LLC in the amount of $350 in statutory damages under the Fair Debt Collection Practices Act.

DATED: October 25, 2024.

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1